UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

U.S. FIRE INSURANCE COMPANY,

 Plaintiff,

 v.

HARVEST INVESTORS, INC. d/b/a JK MARTIAL ARTS & LEARNING CENTER, *et al.*,

 Defendants.

Case No. C16-1901RSL

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

 This matter comes before the Court on "Plaintiff's Motion for Summary Judgment." Dkt. # 33. Three of the named defendants have affirmatively stated that they do not oppose entry of judgment in this matter (Dkt. # 36), and the remaining defendants have not responded. The motion is therefore GRANTED. The Clerk of Court is directed to enter judgment in this matter in favor of plaintiff and against defendants.

 Dated this 25th day of July, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT- 1